Hon. Judge Marsha J. Pechman

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LOZANO RODRIGUEZ,<br><br>                    Plaintiff,<br>v.<br><br>KENNETH T. CUCCINELLI, et al.<br><br>                    Defendants. | NO. 2:20-cv-00569-MJP<br><br>Stipulated Motion to Extend Deadlines<br><br>Note on Motion Calendar:  July 16, 2020 |

The parties, pursuant to Local Rules 10(g) and 16, hereby jointly stipulate and move for a 60-day extension of their deadline to file a Joint Status Report and Discovery Plan, and of Defendants' deadline to Answer the Complaint. The Joint Status Report and Answer are currently due July 27 and August 4, 2020, respectively; the new deadlines would be September 25 and October 5, 2020.

A court may modify a schedule for good cause. Fed. R. Civ. P. 16(b)(4). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). The parties submit there is good cause for an extension of these deadlines. Defendants are working

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-569-MJP
PAGE– 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

to schedule Plaintiff's I-485 interview and intend to adjudicate the I-485 Application for lawful permanent resident status promptly thereafter. Adjudication of Plaintiff's I-485 Application would fully resolve this mandamus action without the time and expense of further litigation.

Accordingly, the parties seek a 60-day extension of their deadline to file a Joint Status Report and Defendants' deadline to file the Answer.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 16, 2020

s/ Alexandra Lozano
ALEXANDRA LOZANO, WSBA #40478
Alexandra Lozano Immigration Law
16400 Southcenter Pkwy., Suite 410
Tukwila, WA 98188
Phone: 206-406-3068
Fax: 206-494-7775
Email: Alexandra@abogadaalexandra.com

Attorney for Plaintiff

DATED: July 16, 2020

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Phone: (206) 553-7970
Email: kyle.forsyth@usdoj.gov

Attorney for Defendants

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-569-MJP
PAGE– 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## ORDER

**IT IS SO ORDERED**.

Dated this 16th day of July, 2020.

_____
Marsha J. Pechman
United States Senior District Judge

STIPULATED MOTION TO EXTEND DEADLINES
2:20-cv-569-MJP
PAGE– 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970