# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| DANIEL LOZANO RODRIGUEZ, | CASE NO. C20-569 MJP |
| Plaintiff, | ORDER GRANTING STIPULATED MOTION TO DISMISS |
| v. | |
| KENNETH T. CUCCINELLI, et al., | |
| Defendants. | |

This matter comes before the Court upon the Parties' Stipulated Motion to Dismiss. Having read the Motion and reviewed the related record, the Court hereby GRANTS the Motion. The Court hereby DISMISSES this matter.

The clerk is ordered to provide copies of this order to all counsel.

Dated November 25, 2020.

Marsha J. Pechman
United States Senior District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1

ORDER GRANTING STIPULATED MOTION TO DISMISS - 2